## CHARLES MARSH AND LYSANDER S. RICHARDS, APPELLANTS, v. JOSHUA TITUS, RESPONDENT.

*Bailment — test of — conversion of money.*

The test of a bailment is that the identical thing delivered is to be returned. If the obligation of the receiver be to return another thing of equal value, it is a sale.* (GILBERT, J.)

One whose money is wrongfully converted cannot recover property bought with such money from one who has purchased it in good faith from the party who was guilty of the conversion. (DWIGHT, J.)

APPEAL from an order denying a new trial.

The action was in replevin, and was tried at the Yates Circuit, November, 1873. The court directed a verdict for defendant. The plaintiff moved at circuit for a new trial, which was denied. The General Term, applying the above rule to the case, was of opinion that the conclusion of the court below was correct.

*Ch. G. Judd*, for the appellants.

*William S. Briggs*, for the respondent.

Opinions by GILBERT and DWIGHT, JJ.

Order affirmed.

* Foster v. Pettibone, 3 Seld., 433.